```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROXANNE CANDACE LOCKWOOD,      :    CIVIL ACTION
                               :    NO. 13-4921
      Plaintiff,               :
                               :
   v.                          :
                               :
CAROLYN W. COLVIN,             :
                               :
      Defendant.               :
```

## O R D E R

**AND NOW**, this **22nd** day of **December, 2015,** it is hereby **ORDERED** that:

    (1)   Plaintiff's objection (ECF No. 14) is overruled;

    (2)   The Court **APPROVES** and **ADOPTS** Magistrate Judge Lynne A. Sitarski's' Report and Recommendation (ECF No. 13);

    (3)   Plaintiff's request for review is **DENIED;**

    (4)   Judgment is entered in this matter in favor of Defendant; and

    (5)   The case shall be marked **CLOSED.**

    **AND IT IS SO ORDERED.**

                                      /s/ Eduardo C. Robreno
                                      **EDUARDO C. ROBRENO,    J.**